**Bobby R. COLYER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 73163.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 1, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 26, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

**ORDER**

PER CURIAM.

Movant, Bobby R. Colyer, appeals from the judgment denying his Rule 24.035 motion without an evidentiary hearing. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. However, the parties have been provided with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).